JACOB ROSEN ET AL., PROSECUTORS, v. CITY OF PATERSON ET AL., DEFENDANTS.

Argued May 5, 1936—Decided August 12, 1936.

Before Justices PARKER, LLOYD and DONGES

For the prosecutors, *Joseph T. Lieblich*.

For the defendants, *Charles F. Lynch* and *Frederick C. Vonhof*.

PER CURIAM.

This is an application for a writ of *certiorari* to "review the amount of taxes levied and billed against" prosecutors, covering certain property in the city of Paterson. The contention of the prosecutors is that there should be an exemption from taxation to the extent of six-sixteenths of the value of the property, by reason of ownership to that extent in the Society for Useful Manufactures, a tax exempt corporation.

This is an attempt to review the assessment directly by *certiorari* without first taking an appeal to the county board of taxation and the state board of tax appeals. We are of the opinion that the statutory method of review should be followed before the allowance of the discretionary writ of this court. *Hackensack Water Co.* v. *State Board,* 104 *N. J. L.* 48; 139 *Atl. Rep.* 410.

The writ is denied.